# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELLY SERVICES, INC. and DOES 1 to 50, inclusive,<br><br>　　　　Defendant. | Case No. 2:17-cv-01699-GW (PLAx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>District Judge:　Hon. George H. Wu<br>Courtroom:　　9D<br>Mag. Judge:　　Hon. Paul L. Abrams<br>Courtroom:　　780 |

## ORDER

The Court, having reviewed the parties' Amended Stipulated Protective Order Regarding Confidential Information, and good cause appearing therefore, hereby orders that:

The Protective Order Regarding Confidential Information jointly filed by the parties on April 26, 2017, is approved and shall govern the use and treatment of Confidential Discovery Materials in this action until further order of this Court.

**IT IS SO ORDERED.**

Dated: **April 26, 2017**　　　　　　　　/s/ Paul L. Abrams
　　　　　　　　　　　　　　　　　　HON. PAUL L. ABRAMS