UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEANINE DAVIS, | Case No. CV 17-1699-GW(PLAx) |
|---|---|
| Plaintiff, | **JUDGMENT AS TO ONLY THE COMPLAINT'S FOURTH CAUSE OF ACTION FOR VIOLATION OF THE CALIFORNIA FAMILY RIGHTS ACT** |
| v. | |
| KELLY SERVICES, INC. and DOES 1 to 50, inclusive, | |
| Defendant. | District Judge: Hon. George H. Wu<br>Courtroom: 9D<br>Mag. Judge: Hon. Paul L. Abrams<br>Courtroom: 780 |

On January 24, 2017, Plaintiff Jeanine Davis ("Plaintiff") filed a Complaint against Defendant Kelly Services, Inc. ("Defendant") in Los Angeles Superior Court alleging six causes of action for (i) retaliation, (ii) failure to pay wages, (iii) failure to accommodate, (iv) violation of the California Family Rights Act, (v) violation of Labor Code Section 1102.5, and (vi) wrongful termination. On March 2, 2017, Defendant removed the case to this Court based on diversity jurisdiction. (Docket No. 1.)

On May 22, 2017, Defendant's Motion for Partial Judgment on the Pleadings as to only Plaintiff's fourth cause of action for violation of the California Family Rights Act came on regularly scheduled hearing before this Court, the Honorable George H. Wu, District Judge, presiding. On May 22, 2017, the Court granted Defendant's Motion without leave to amend. (Docket No. 26.)

**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered in favor of Defendant Kelly Services, Inc. and against Plaintiff Jeanine Davis as to only her fourth cause of action for violation of the California Family Rights Act. Defendant may recover its costs against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 26, 2017         By: _____
                                HON. GEORGE H. WU
                                U.S. DISTRICT COURT JUDGE

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

2                                                         Case No. 2:17-cv-01699
JUDGMENT AS TO ONLY THE COMPLAINT'S FOURTH CAUSE OF ACTION FOR VIOLATION OF THE CALIFORNIA FAMILY RIGHTS ACT